NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
KEVIN DANIELSON, OSB #065860
Executive Assistant U.S. Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2936
Telephone: (503) 727-1025
Kevin.C.Danielson@usdoj.gov

DIANA J. LIN, PA Bar #311299
Special Assistant United States Attorney
Office of Program Litigation, Office 3
Social Security Administration
Office of the General Counsel
6401 Security Blvd.
Baltimore, MD 21235
Telephone: (215) 597-4137
Diana.Lin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MARIAH A. GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 6:24-CV-00561-AR<br><br>ORDER OF REMAND |

Based on the stipulation of the parties, the Court hereby ORDERS that this case be remanded to the agency for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the administrative law judge will offer Plaintiff the opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED this 3rd day of December, 2024.

_____
Hon. Jeff Armistead
United States Magistrate Judge

Submitted by:

NATALIE K. WIGHT
United States Attorney

KEVIN DANIELSON
Executive Assistant U.S. Attorney

 /s/ Diana J. Lin
DIANA J. LIN
Special Assistant United States Attorney
Office of Program Litigation, Office 3
Social Security Administration
Office of the General Counsel
(215) 597-4137
Diana.Lin@ssa.gov
Attorneys for Defendant